AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original       ☐ D

CLERK'S OFFICE
A TRUE COPY
May 29, 2026
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>United States Postal Service Priority Mail<br>9405 5362 0830 3308 6392 30 ) ) ) ) ) ) | Case No.     26-MJ-102 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Illinois_____
*(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail #9405 5362 0830 3308 6392 30, addressed to "B Golic, C/O WNIR 2449 State Route 59, Kent, Ohio, 44240" now at the Milwaukee USPIS office.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

**YOU ARE COMMANDED** to execute this warrant on or before _____06/12/2026_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable William E. Duffin_____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for ___30___ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     05/29/2026 at 11:50 a.m.          *William E. Duffin*
                                                                                                   *Judge's signature*

City and state:     Milwaukee, WI          Honorable William E. Duffin, U.S. Magistrate Judge
                                                                      *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*



**CLERK'S OFFICE**
**A TRUE COPY**
**May 29, 2026**
**s/ MMK**
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>United States Postal Service Priority Mail<br>9405 5362 0830 3308 6392 30 | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.     26-MJ-102 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail #9405 5362 0830 3308 6392 30, addressed to "B Golic, C/O WNIR 2449 State Route 59, Kent, Ohio, 44240" now at the Milwaukee USPIS office,

located in the _____Eastern_____ District of _____Wisconsin_____ , there is now concealed *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841(a) | Distribution and possession with intent to distribute a controlled substance; |
| 21 U.S.C. § 843(b) | Use of the mail in furtherance of narcotic trafficking; |
| 21 U.S.C. § 846 | Attempt and conspiracy to commit the above offenses |

The application is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

☑ Delayed notice of __30__ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Taylor Burnette, USPIS Postal Inspector
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____telephone_____ *(specify reliable electronic means)*.

Date: __05/29/2026__        _____
*Judge's signature*

City and state: __Milwaukee, WI__      Honorable William E. Duffin, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Taylor Burnette, being first duly sworn, hereby depose and state as follows:

### SOURCES OF INFORMATION

1. The United States Postal Inspection Service (USPIS), in Milwaukee, Wisconsin has temporary custody of United States Postal Service Priority Mail Parcel 9405 5362 0830 3308 6392 30, (PARCEL ONE). The return address on PARCEL ONE is "J. Singer", 1211 Townline Drive Sister Bay, Wisconsin, 54234. It is addressed to "B Golic", C/O WNIR 2449 State Route 59, Kent, Ohio, 44240. Based on these facts and additional facts set forth below, I believe PARCEL ONE probably contains controlled substances. I make this affidavit in support of a warrant to search PARCEL ONE.

### SOURCES OF INFORMATION

2. The investigation of PARCEL ONE is a combination of shared law enforcement information, US Postal Inspection Service database resource intelligence and Law Enforcement databases.

3. The investigation involves the use of the United States Mail to transport and distribute controlled substances or the proceeds of the sale of controlled substances. I believe there is probable cause that PARCEL ONE contains evidence, fruits, or instrumentalities of violations of Title 21, United States Code, Sections 841(a) (distribution and possession with intent to distribute, a controlled substance), 843(b) (illegal use of the mails in furtherance of narcotic trafficking), and 846 (attempt and conspiracy to commit the foregoing offenses.) The evidence, fruits, and instrumentalities

1

to be searched for and seized are more fully described in Attachment B.

## AFFIANT BACKGROUND AND EXPERIENCE

4. I, Taylor Burnette, am now and have been continuously employed as a sworn Federal Agent for the United States Postal Inspection Service since May, 1, 2026.

5. The USPIS is the primary investigative arm of the United States Postal Service ("USPS") and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including, but not limited to, the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, identity theft, and narcotics trafficking involving the U.S. Mail.

6. I am a Postal Inspector assigned to the Green Bay, WI Multi-Function Team and am responsible for narcotic and money laundering investigations. As a Postal Inspector, my duties are to investigate violations of federal law as it relates to mail theft, identity theft, and crimes against employees of the Postal Service. Additionally, my responsibilities include the investigation of the unlawful use of the U.S. Mail for criminal activity, including the transportation of contraband materials through the U.S. Mail. As part of my experience, I have received instruction in the identification, collection and preservation of evidence, photography, latent print collection and crime scene investigations. I have completed hours of criminal investigations – compiling information, interviewing victims, witnesses, and suspects, and collecting evidence to support the filing of criminal complaints. I have worked with other experienced Postal Inspectors, Law Enforcement Officers and Supervisors and have gained valuable

2

knowledge and experience from them. I have prepared and assisted in the planning and

service of numerous search warrants.

7. I have had formal training in drug trafficking investigations. More specifically, my training and experience include the following:

a. I am familiar with the appearance and street names of various drugs, including marijuana, heroin, cocaine, cocaine base (unless otherwise noted, all references to crack cocaine in this affidavit is cocaine base in the form of crack cocaine), ecstasy, and methamphetamine. I am familiar with the methods used by drug dealers to package and prepare controlled substances for sale. I know the street values of different quantities of the various controlled substances;

b. I am familiar with the language utilized over the telephone to discuss drug trafficking, and know that the language is often limited, guarded, and coded;

c. I know that drug traffickers often use electronic equipment and wireless and land line telephones to conduct drug trafficking operations;

d. I know that drug traffickers commonly have in their possession, and at their residences and other storage locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such;

e. I know that drug traffickers often use drug proceeds to purchase assets such as vehicles, property, and jewelry. I also know that drug traffickers often use nominees to purchase and/or title these assets in order to avoid scrutiny from law enforcement officials;

f. I know large-scale drug traffickers often purchase and/or title their assets in fictitious names, aliases, or the names of relatives, associates, or business entities to avoid detection of these assets by government agencies. I know that even though these assets are in names other than the drug traffickers, the drug traffickers actually own and continue to use these assets and exercise dominion and control over them;

g. I know large-scale drug traffickers maintain on-hand large amounts of U.S. currency to maintain and finance their ongoing drug business;

h. I know it is common for drug traffickers to maintain books, records, receipts, notes, ledgers, airline tickets, and receipts relating to the purchase of financial instruments, and/or the transfer of funds and other papers relating to the transportation, ordering, sale, and distribution of controlled substances. I also know that the aforementioned books, records, receipts, notes, ledgers, etc. are maintained where the traffickers have ready access to them;

3

i. I know it is common for large-scale drug traffickers to secrete contraband, proceeds of drug sales, and records of drug transactions in secure locations within their residences, their businesses, storage facilities, and/or other locations over which they maintain dominion and control, for ready access and to conceal these items from law enforcement authorities or rival drug traffickers. These secure locations include, but are not limited to safes, briefcases, purses, locked filing cabinets, and hidden storage areas in natural voids of a residence;

j. I know it is common for persons involved in large-scale drug trafficking to maintain evidence pertaining to their obtaining, secreting, transferring, concealing, and/or expenditure of drug proceeds, such as currency, financial instruments, precious metals and gemstones, jewelry, books, records of real estate transactions, bank statements and records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, safe deposit box keys, and money wrappers. These items are maintained by the traffickers within residences (including attached and unattached garages), businesses or other locations over which they maintain dominion and control;

k. I know large-scale drug traffickers often use electronic equipment such as telephones (land-lines and cell phones), computers, telex machines, facsimile machines, currency counting machines, and telephone answering machines to generate, transfer, count, record and/or store the information described in the items above, as well as conduct drug trafficking activities;

l. I know when drug traffickers amass large proceeds from the sale of drugs, the drug traffickers attempt to legitimize these profits through money laundering activities. To accomplish these goals, drug traffickers utilize the following methods, including, but not limited to: domestic and international banks and their attendant services, securities brokers, professionals such as attorneys and accountants, casinos, real estate, shell corporations and business fronts, and otherwise legitimate businesses that generate large quantities of currency;

m. I know drug traffickers commonly maintain addresses or telephone numbers in books or papers that reflect names, addresses, and/or telephone numbers of their associates in the trafficking organization; and

n. I know drug traffickers take (or cause to be taken) and maintain photographs of themselves, their associates, their property, and their drugs.

8. My conclusions are based on the facts set forth in this affidavit, which I learned from my personal investigation and from other investigators in this case. Also, my statements and conclusions in this affidavit are based on my training and experience

4

and on information relayed to me by other federal, state, and local law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have set forth only the facts that I believe are necessary to establish that probable cause exists to believe that evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 843(b), and 846 will be found in PARCEL ONE.

## APPLICABLE STATUTES

9. Title 21, United States Code, Section 841(a) states, in pertinent part, that "it shall be unlawful for any person knowingly or intentionally (1) to manufacture, distribute, dispense, or possess with the intent to manufacture, distribute, or dispense a controlled substance . . . ."

10. Title 21, United States Code, Section 843(b) in pertinent part states that "it shall be unlawful for any person knowingly or intentionally to use any communication facility in committing or in causing or facilitating the commission of any act or acts constituting a felony under any provision of this subchapter or subchapter II of this chapter. Each separate use of a communication facility shall be a separate offense under this subsection. For the purpose of this subsection, the term 'communication facility' means any and all public and private instrumentalities used or useful in the transmission of writing, signs, signals, pictures, or sounds of all kinds and includes, mail, telephone, wire, radio, and all other means of communication."

## FACTS THAT SUPPORT PROBABLE CAUSE-BACKGROUND

11. Experience and drug trafficking intelligence information gathered by the USPIS have demonstrated that U.S. Postal Service Express Mail and Priority Mail are

5

frequently used by drug traffickers for shipping controlled substances or proceeds/payments. Use of Express Mail and Priority Mail are favored because of the speed (Express Mail – overnight; Priority Mail – two-day delivery), reliability, free telephone and internet package tracking service, and the perceived minimal chance of detection. Express Mail was originally intended for urgent, business-to-business correspondence. Intelligence from prior packages, which were found to contain controlled substances or proceeds/payments, has indicated that these labels are usually from an individual to an individual. Express Mail and Priority Mail are seldom used for individual-to-individual correspondence.

12. Information gathered by USPIS has also demonstrated that other delivery couriers, such as Federal Express and United Parcel Service, are frequently used by drug traffickers for shipping controlled substances or proceeds/payments. Information gathered by the USPIS has demonstrated the services and delivery practices of Federal Express and United Parcel Service are similar to U.S. Postal Service Express Mail and Priority Mail. Like U.S. Postal Service Express Mail and Priority Mail, Federal Express and United Parcel Service are favored because of the speed, reliability, free telephone and internet package tracking service, and the perceived minimal chance of detection. Like U.S. Postal Service Express Mail and Priority Mail, Federal Express and United Paracel Service were originally intended for urgent, business-to-business correspondence. However, intelligence from prior packages, which were found to contain controlled substances or proceeds/payments, has indicated that these shipping labels are usually from an individual to an individual. Federal Express and United Parcel Service are

6

seldom utilized to convey individual-to-individual correspondence.

13. The USPIS conducted an analysis of prior packages mailed through overnight and/or two to three-day delivery services that contained controlled substances or proceeds/payments of controlled substance sales. The analysis of those prior packages indicated that these labels are usually from an individual to an individual. In the few cases when overnight, and/or two to three-day delivery packages containing controlled substances or proceeds/payments have displayed a business or company name, it has usually proven to be a fictitious business or company, or the business or company listed is not associated with the mailer and was randomly selected by the mailer in an effort to deter law enforcement detection. In such instances, Postal Inspectors review available business records to verify the postage payment used by the mailer.

14. Most business mailings sent via U.S. Postal Service or through other private couriers reflect a pre-established postage meter or other various lines of credit to pay for the postage. Additionally, during the Silk Road investigation (dark web investigation that provided avenues to customers to order narcotics via the internet), the USPIS learned that unknown persons posted intelligence on the Silk Road website warning prospective drug mailers that most USPIS search warrant affidavits for narcotics or narcotics proceeds packages reflect mailing labels written as a person-to-person and bore fictitious addressee and sender names. Due to the posting on the Silk Road website, USPIS has noticed an increased number of packages using valid sender and addressee names and/or valid business names on narcotics or narcotics proceeds packages. Recent analysis has also shown that whether the mailer used a legitimate name/business on a mailing label or a

7

fictitious name on the mailing label, cash payments for postage is the method of payment for most narcotics or narcotics proceeds packages. USPIS analysis has established a series of characteristics which, when found in combination of two or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U.S. Postal Service Express Mail, U.S. Postal Service Priority Mail, Federal Express, and United Parcel Service. This profile includes the following characteristics: package mailed from or addressed to a known narcotic source city; package has a fictitious return address; package addressee name is unknown at the destination address; package sender name is unknown at the return address; package has address information that is handwritten; package is mailed from a Commercial Mail Receiving Agency (CMRA); package is addressed to a residential area; package is addressed person-to-person; packages are wrapped in brown papers and/or heavily taped; and the ZIP Code from where the package is mailed is different than the ZIP Code used in the return address, and/or any other characteristic previously noted in this paragraph.

15. I know from my training and experience the Dark Web is used to facilitate the sale of illegal narcotics and other contraband. The Dark Web refers to any portion of the Internet that is accessed only with specific software, configurations, or authorization. The Dark Web allows sellers and buyers to anonymously browse, sell, or purchase illegal narcotics without revealing anyone's true identity. Information from previous Dark Web narcotics trafficking investigations revealed various forms of cryptocurrency are used

8

almost exclusively in Dark Web transactions to protect the party's anonymity. To facilitate the sale and delivery of narcotics via Dark Web transactions, sellers frequently use the U.S. Mail to ship the controlled substance to the buyer. Individuals who use the U.S. Mail to ship narcotics often purchase US Postage using cryptocurrency from third-party postage vendors, such as Easypost. This method is preferred because the true identity of the mailer is not known to the U.S. Postal Service or law enforcement.

**FACTS THAT SUPPORT PROBABLE CAUSE-SPECIFIC FACTS**

16. I was alerted that an employee at the United States Postal Service Post Office in Sister Bay, WI had found a torn package (PARCEL ONE) containing a small plastic bag of unmarked pink pills. I searched USPIS databases and found PARCEL ONE was initially sent out of Alma Center, WI, even though the return address was 1211 Townline Drive, Sister Bay, WI. Alma Center, WI is over four hours from Sister Bay, WI. Based on my training and experience with USPIS, I know drug traffickers use fictitious addresses when shipping controlled substances.

17. USPS business records indicated that the PC Postage associated with PARCEL ONE was generated through a Provider Customer ID (PCID) operating under a postage meter license issued via EasyPost's PC Postage platform. USPS records further indicate only that the postage associated with PARCEL ONE was generated electronically through PC Postage. These records do not identify the method of payment used to purchase the postage.

18. Based on the structure of the PC Postage purchasing process, the PCID reflects a customer utilizing the license holder's account to generate postage. In some

9

instances, postage may be further resold or provided to downstream or unaffiliated users. As such, the presence of a tracking number associated with a particular PCID indicates only that postage was generated through that account and does not, on its own, establish the identity of the end user or that the license holder, PCID account holder, or associated parties were involved in, aware of, or responsible for the contents of the parcel. From my training and experience working with other Postal Inspectors in the state of Wisconsin, I am aware the structure of the PC Postage purchasing process may help hide the identity of the sources of supply for controlled substances that utilize USPS to ship the substances to their customers. Drug traffickers often use third-party postage services, such as EasyPost or Stamps.com, to add additional layers of anonymity to their transactions.

19. Based on my training and experience working with other Postal Inspectors in the state of Wisconsin, a sender using this PC Postage purchasing process may indicate the sender does not want to be associated with the parcel. Based on my training and experience working with other Postal Inspectors in the state of Wisconsin, individuals involved in the trafficking of illicit drugs often take advantage of enhanced cryptocurrency and the anonymity of third-party postage services such as EasyPost and Stamps.com. These services allow their customers to purchase postage using cryptocurrency. I know that drug traffickers may use enhanced cryptocurrency, such as Bitcoin, in an attempt to protect their identities.

20. I am aware multiple Postal Inspectors in Wisconsin have searched and seized several parcels with PC Postage paid for through EasyPost or Stamps.com by federal search warrants. These parcels were found to contain various controlled

10

substances including but not limited to fentanyl, heroin, cocaine, marijuana, steroids, and prescription pills.

21.     On Tuesday, May 19, 2026, I was able to obtain PARCEL ONE at the USPIS Milwaukee Domicile. PARCEL ONE is further described as USPS Priority Mail flat rate envelope that measures 10" x 5¾". It has a computer generated label applied to PARCEL ONE. The return address is listed as "J. Singer", 1211 Townline Drive, Sister Bay, WI 54234. It is addressed to "B Golic", C/O WNIR 2449 State Route 59, Kent, OH 44240. It bears tracking number 9405 5362 0830 3308 6392 30. PARCEL ONE weighs approximately 1.9 ounces.

22.     I then utilized CLEAR (Consolidated Lead Evaluation and Reporting) an on-line fast access to a vast collection of public and proprietary records to look up the sender of PARCEL ONE. I was unable to associate the name "J. Singer" at the return address.  I conducted an open-source internet search of the address and discovered it is not a real address for a building. I know from my training and experience, those sending narcotics or other illegal items through the mail will often use a fictitious return address with a name or business name not associated with the address to avoid law enforcement detection.

23.     Currently, PARCEL ONE is in my custody in the Eastern District of Wisconsin.

### CONCLUSION

24.     Based on the facts set forth in this affidavit, I believe there is probable cause that evidence, fruits, or instrumentalities of violations of 21 U.S.C. §§ 841 (a), 843(b) and

11

846 are concealed in PARCEL ONE.

25. Accordingly, I respectfully request the issuance of a search warrant directing the search of PARCEL ONE described in Attachment A for the items described in Attachment B and seizure of those items.

Case 2:26-mj-00102-WED    Filed 05/29/26    Page 15 of 15    Document 1